IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Razel Edwards,                                                     Case No. 3:11-CV-00767
*for a minor other* R. Means

           Plaintiff

      v.                                                          ORDER

Commissioner of Social Security,

           Defendant

       This case was referred to a United States Magistrate Judge for Report and Recommendation. The Magistrate Judge filed his Report and Recommendation. [Doc. 18]. The Commissioner has no objections to the Report and Recommendation. [Doc. 19].

       I have reviewed the case, *de novo*, which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned.

       Therefore, it is hereby

       ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court. The Commissioner's final decision in plaintiff's motion for benefits [Doc. 1] is vacated and remanded.

       So ordered.

                                                            /s/ James G. Carr
                                                           Sr. United States District Judge